# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of the Application of the Public Defender Service for the District of Columbia to Unseal Records** ) ) ) ) ) ) | No. 21-mc-00008-RC |

## Motion for Extension of Time Within Which to File United States's Response to Petition to Unseal Records

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests a two-week extension of time within which to file its response to the Public Defender Service's petition to unseal records in *United States v. Zanders,* 16-cr-197 (RC).

The government's response is currently due to be filed July 19, 2021. Undersigned counsel has worked diligently to prepare the government's response. However, due to the need to coordinate with attorneys at the Drug Enforcement Administration and an attorney for the Commonwealth of Virginia, her ability to complete the response has been delayed. Accordingly, undersigned counsel requests an additional two weeks to, and including, August 2, 2021, within which to file its

response. Steven Marcus, Esquire, counsel for PDS, has advised that he has no objection to the government's request for an additional two weeks within which to file its response.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

_____/s/_____
PATRICIA A. HEFFERNAN
D.C. Bar #455761
Assistant United States Attorney
555 Fourth Street, NW, Room 8104
Washington, D.C. 20530
Patricia.Heffernan@usdoj.gov
(202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing to be served by electronic means, through the Court's CM/ECF system, upon counsel for the Public Defender Service for the District of Columbia, Steven D. Marcus, Esq., smarcus@pdsdc.org, on this 14th day of July, 2021.

_____/s/_____
PATRICIA A. HEFFERNAN
Assistant United States Attorney